BEFORE THE SECOND DIVISION, SEPTEMBER 12, 1938

**No. 39337.**—Protest 908779–G of Gemsco (New York).

Opinion by TILSON, J. The record shows that the merchandise is used to finish or trim what is known in the navy as cocked hats. The provision for trimmings in paragraph 1529 was held to be more specific than the provisions of paragraph 1308. The protest was therefore overruled. *United States* v. *Noe* (12 Ct. Cust. Appls. 200, T. D. 40180) cited.

**No. 39338.**—Protest 896689–G of Yamanaka & Co. (Boston).

Opinion by TILSON, J. On the record presented the claim at 75 percent under paragraph 1529 was sustained.

**No. 39339.**—Protests 902398–G, etc., of Greenberg & Josefsberg (New York).

Opinion by TILSON, J. There was nothing in the record to warrant disturbing the action of the collector in assessing the articles in part of braid in question at 90 percent under paragraph 1529. The protests were therefore dismissed.

**No. 39340.**—Protest 931999–G Ropa Co. (New York).

Opinion by TILSON, J. On the authority of *New York Merchandise Co.* v. *United States* (T. D. 49171) suspender cord ends wholly or in part of braids made on a braiding machine were held dutiable at 90 percent under paragraph 1529 (a).

**No. 39341.**—Protests 905314–G, etc., of Abercrombie & Fitch Co. et al. (New York).

Opinion by TILSON, J. There was nothing in the records presented to warrant disturbing the action of the collector. The protests were therefore dismissed.

BEFORE THE FIRST DIVISION, SEPTEMBER 13, 1938

**No. 39342.**—Protests 832289–G/10768, etc., of American Import Co. et al. (New Orleans, etc.).

Opinion by FIRST DIVISION. Following the authorities cited in Abstract 15400 the court dismissed the protests.